**Motion Granted; Order filed January 14, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00266-CV
_____

### KENNETH S. O'NEILL, Appellant

### V.

### AMY L. VINEKSI, Appellee

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-81913

## ORDER

This case is set for oral argument January 16, 2013. On January 10, 2013, the parties notified this court that the parties were in negotiations and were attempting to settle the issues on appeal, and requested postponement of oral argument. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 15, 2013. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.